IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRODERICK GAMBLE,                    §
                 Plaintiff,        §
                                §
v.                                   §     No. 3:22-cv-01373-M (BT)
                                §
DAVID WILLIAM BARRY, et al.,         §
               Defendants.       §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

      The Court has taken under consideration the Findings, Conclusions, and Recommendation

of United States Magistrate Judge Rebecca Rutherford dated July 8, 2022.  The Court has reviewed

the Findings, Conclusions, and Recommendation for plain error and has found none.

      **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge are accepted.

      **SO ORDERED** this 2nd day of August, 2022.


BARBARA M. G. LYNN
CHIEF JUDGE